No. 387. PHELPS DODGE CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 641. NATIONAL LABOR RELATIONS BOARD *v.* PHELPS DODGE CORPORATION. January 13, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Messrs. Denison Kitchel, Matthew C. Fleming,* and *William E. Stevenson* for the Phelps Dodge Corporation. *Solicitor General Biddle* and *Messrs. Thomas*

670

*E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for the National Labor Relations Board.